

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-17-2008

# USA v. Hawes

Precedential or Non-Precedential: Precedential

Docket No. 06-3334

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"USA v. Hawes" (2008). *2008 Decisions.* Paper 1290.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/1290

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-3334

_____

UNITED STATES OF AMERICA

v.

BRYAN J. HAWES
a/k/a FINANCIAL MANAGEMENT
ADVISORY SERVICES, INC.
a/ka/ FINANCIAL MANAGEMENT SERVICES, INC.

Bryan J. Hawes,
Appellant
(WD/PA Criminal No. 04-cr-00082)


Before:  RENDELL, WEIS and NYGAARD, Circuit Judges.


ORDER VACATING OPINION AND JUDGMENT

It is hereby ordered that the precedential opinion and judgment, filed in this case on March 27, 2008, are hereby VACATED and an amended opinion will be filed forthwith.


By the Court,


/s/ Marjorie O.  Rendell
Circuit Judge


Dated: April 17, 2008
CRG/cc: James J. Brink, Esq.
        Michael L. Ivory, Esq.
        Robert L. Eberhardt, Esq.